# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY KOERNER, ) | |
| ) | |
| Plaintiff, ) | **Case No. 3:05-cv-00447-PMP-RAM** |
| ) | |
| vs ) | |
| ) | ORDER |
| MARYBETH BABB, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff Kelly Koerner (prisoner #23196) has submitted a Motion for Emergency Preliminary Injunction (Docket #16). Plaintiff has also submitted a Supplement to Request for Preliminary Injunction (Docket #17), and an Additional Supplement to Request for Preliminary Injunction (Docket #18). Defendants have not filed an opposition to Plaintiff's motion.

In his motion, and the supplements to his motion, Plaintiff asks the court for an injunction prohibiting his transfer from the Northern Nevada Correctional Center until he is able to file his amended complaint in this matter. "All Koerner is asking is that this court issue a preliminary injunction long enough for Koerner to amend his complaint and serve it on Defendants so they can answer." (Docket #16, pg. 12-13). A review of the docket in this matter

//

reveals that Plaintiff filed his amended complaint on May 5, 2006. (See, Docket #21). Plaintiff's motion will therefore be denied as moot.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Emergency Preliminary Injunction (Docket ##16, 17, 18) is **DENIED** as **MOOT**.

DATED: May 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2